

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-29-2008

# Kindler v. Horn

Precedential or Non-Precedential: Precedential

Docket No. 03-9010

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"Kindler v. Horn" (2008). *2008 Decisions.* Paper 433.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/433

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No: 03-9010 and 03-9011

JOSEPH J. KINDLER

v.

MARTIN HORN, Commissioner, Pennsylvania Department of Corrections;
*DAVID DIGUGLIELMO, Superintendent of the State Correctional
Institution at Graterford; JOSEPH P. MAZURKIEWICZ, Superintendent
of the State Correctional Institution at Rockview,

Appellants

(*Amended - See Clerk's Order dated 1/6/05)


Argued October 15, 2007

BEFORE: McKEE, FUENTES, and STAPLETON <u>Circuit Judges</u>

**ORDER AMENDING OPINION**

**IT IS HEREBY ORDERED** that the Order Amending Opinion is this matter,

entered September 24, 2008, is vacated. It is further **ORDERED** that the Slip Opinion in

this case filed on September 3, 2008, be amended as follows:

The second paragraph on page 15, which reads: "Next, the district court
relied in part on *Doctor v. Walters*, 96 F.3d 675 (3d Cir. 1996), in rejecting
the Commonwealth's claim of procedural default. There, we had held that
Pennsylvania's fugitive forfeiture rule was not firmly established when
Kindler escaped. Accordingly, "the fugitive forfeiture rule . . . [did] not
provide an independent and adequate basis to preclude federal review of
[Kindler's] habeas claims. . .". *Kindler v. Horn*, 291 F. Supp. 2d at 343."
should be changed to read as follows: "Next, the district court relied in part
on *Doctor v. Walters*, 96 F.3d 675 (3d Cir. 1996), in rejecting the
Commonwealth's claim of procedural default. There, we had held that
Pennsylvania's fugitive forfeiture rule was not firmly established when
Doctor, the habeas petitioner, escaped in 1986. Accordingly, the district

court held that "the fugitive forfeiture rule . . . [did] not provide an independent and adequate basis to preclude federal review of [Kindler's] habeas claims. . . ." *Kindler v. Horn*, 291 F. Supp. 2d at 343.

BY THE COURT,


/s/ Theodore A. McKee
Circuit Judge

DATED: September 29, 2008